IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00110-MSK-PAC

MALCOLM M. RUNNELL

    Plaintiff,

v.

AL ESTEP, Warden,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 0 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

DATED this 20th day of March 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00110-MSK-PAC

Malcolm Runnell
Prisoner No. 59529
Limon Correctional Facility
49030 State Hwy. 71 – Unit 1-B-2-5
Limon, CO 80826

Al Estep – WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
paul.sanzo@state.co.us
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Al Estep: AMENDED COMPLAINT FILED 2/8/06, ORDER FILED 3/17/06, SUMMONS, WAIVER*, AND CONSENT FORM on 3/20/06 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk