IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00110-MSK-PAC

MALCOLM M. RUNNELL,

    Plaintiff,

v.

AL ESTEP, Warden,

    Defendant.

_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

Patricia A. Coan, United States Magistrate Judge

    On June 13, 2006, I entered an Order for plaintiff to show cause why he should not be held in contempt for failure to appear by telephone for the Scheduling Conference set for June 13, 2006 at 9:30 a.m.  Plaintiff filed his response to the Order to Show Cause on June 23, 2006. In his response plaintiff states that he was unable to appear by telephone because LCF was in lockdown that day and also because his case manager was on vacation.  The Order to Show Cause, entered June 13, 2006 [doc. # 34] is accordingly DISCHARGED.

    Plaintiff is reminded that ALL PAPERS filed with the court should be on 8 ½ by 11 inch paper and those filings must be legible.

    Dated this 6th day of July, 2006.

                                      BY THE COURT:

                                       s/ Patricia A. Coan
                                      PATRICIA A. COAN
                                      United States Magistrate Judge