IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00110-MSK-PAC

MALCOLM M. RUNNELL,

    Plaintiff,

v.

AL ESTEP, Warden,

    Defendant.

_____

**ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE**
_____

By Order of February 9, 2006, plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment.  See Doc. # 10.  In the same order, plaintiff was directed to file a certified copy of his inmate trust fund account statement each month if he did not have the ability to pay.  Plaintiff was warned that a failure to comply monthly with the Order of February 9, 2006 could result in the dismissal of this civil action.

Plaintiff made one partial payment of $4.00 on February 24, 2006.  Since then, plaintiff has not made any other payments and also has not submitted any certified

copies of his inmate trust account.  Plaintiff has failed to make the required monthly payment or to show cause why he has no assets and no means by which to make the monthly payments for the months of March, April, May and June, 2006.  Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot.

It is not acceptable for plaintiff to meet his monthly obligations only when specifically called upon by the Court through an order to pay or show cause.  Such a procedure unreasonably burdens the Court.  Consequently, hereafter I will require plaintiff, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.   If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, **I will recommend that the case be dismissed for failure to comply with this order and with the order allowing plaintiff to proceed** *in forma pauperis* **entered February 9, 2006.**

IT IS **ORDERED** that plaintiff shall make the required monthly payments for the months of March, April, May and June, 2006 or shall show cause by filing a certified copy of his inmate trust fund account statement for those months demonstrating that he had no assets and no means by which to make the monthly payment.  It is further

**ORDERED** that, by the **15th day** of **each** month hereafter beginning **August 15, 2006**, plaintiff shall either make the required monthly payment for each preceding

month or file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the plaintiff must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

**IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.**

DATED: July 11, 2006.

BY THE COURT:

S/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge