IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00110-MSK-PAC

MALCOLM M. RUNNELL,

    Plaintiff,

v.

AL ESTEP, Warden,

    Defendant.

___

**ORDER**

___

    Due to a scheduling conflict,

    **IT IS ORDERED** that the Final Pretrial Conference set for **January 12, 2007 at 4:00 p.m. is VACATED** and reset to **February 2, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

    Dated this 2nd day of January, 2007

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge